This memorandum opinion was not selected for publication in the New Mexico Appellate Reports.  Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions.  Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.**                                                     No. A-1-CA-37316

**RUBEN SOLIS ANDERSON,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF LINCOLN COUNTY**
**Daniel A. Bryant, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
C. David Henderson, Appellate Defender
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Chief Judge.**

{1}     Defendant appeals from the district court's order denying his motion to dismiss the fugitive complaint. This Court's calendar notice proposed summary dismissal on the basis that the district court's order denying the motion to dismiss the fugitive

complaint is not a final, appealable order. Defense counsel filed a memorandum in support of summary dismissal conceding that the order is not final. [MIS 1] Defense counsel states that to the extent Defendant argued that the challenged order improperly deprived him of his liberty, proceedings to obtain his release continued after the notice of appeal was filed. [MIS 2] Defense counsel further indicates that to his knowledge, Defendant's release was obtained, providing the remedy sought on appeal and rendering the issues raised in the docketing statement moot. [MIS 1] Accordingly, for these reasons, and those stated in the notice of proposed disposition, we dismiss the appeal.

{2}    **IT IS SO ORDERED.**

 

**LINDA M. VANZI, Chief Judge**

**WE CONCUR:**

**M. MONICA ZAMORA, Judge**

**JENNIFER L. ATTREP, Judge**